**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>LIAN YANG,<br><br>            Defendant. | NO.  MJ10-498<br><br>DETENTION ORDER |

<u>Offense charged</u>:

Conspiracy to Violate the Arms Export Control Act, in violation of 18 U.S.C. § 371

<u>Date of Detention Hearing</u>: December 13, 2010.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged with serious criminal conduct constituting threats against the United States involving sales of highly sensitive technology with military applications to agents of a foreign government.

2. The evidence against the defendant, although the least significant factor, is very strong. Defendant's actions were subjects of email exchanges, recorded conversation and post-arrest confession.

3. Evidence of defendant's actions reflect a high degree of sophistication and planning, making pretrial supervision much more difficult.

4. Defendant has engaged in a pattern of deception, which makes pretrial supervision more difficult. The pattern of deception includes the sophisticated planning, lying to federal authorities, structuring cash transactions, creating false documentation, and forming a front company.

5. Defendant has friends and family in China, which has no extradition treaty with the United States. He also has family and friends in Canada.

6. Defendant has had access to large amounts of cash.

7. Defendant was warned about the need to comply with the Arms Export Control Act by Customs and Border Protection ("CBP") in July 2011, before the incident for which he was arrested. This indicates an inability or unwillingness to comply.

8. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of December, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3